IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **Criminal No. 3:18CR066-REP** |
| | ) | |
| JENNIFER L. BESSETTE, | ) | |
| | ) | |
| Defendant. | ) | |

## STATEMENT OF FACTS

The parties stipulate that the allegations in Counts One and Two of the pending Criminal Information and the following facts are true and correct and that had the matter gone to trial, the United States could have proven each of them beyond a reasonable doubt. All of the events described herein occurred in the Eastern District of Virginia and within the jurisdiction of this court.

1. On or about December 20, 2017, the defendant, JENNIFER L. BESSETTE, did aid and abet others, known and unknown, to unlawfully, knowingly, and by force, violence and intimidation, commit a bank robbery as set forth in Count One of the Criminal Information. In addition, the defendant, JENNIFER L. BESSETTE, did aid and abet another individual, to wit: Amber Fusco, to brandish a firearm in furtherance of a crime of violence, to wit: bank robbery set forth in Count One of the Criminal Information.

2. On December 20, 2017, the defendant, along with at least two other identified individuals, Amber R. Fusco and Andrew Welton, a.k.a. "Manny," made plans to commit an armed bank robbery. The BB&T bank located at 5001 Lakeside Avenue, Henrico, Virginia was

1

targeted after Welton discussed robbing this bank with BESSETTE and Fusco. BESSETTE's role was to provide transportation to the bank, wait in the parking lot during the armed robbery, and then serve as the getaway car driver. BESSETTE also agreed to write the demand note which Amber R. Fusco supplied to the bank teller. BESSETTE wrote: "I need $10,000. No dye packs. Make it Fast. No alarms or else." After preparing the demand note, BESSETTE handed it to Fusco. BESSETTE was aware that Fusco was armed with a revolver prior to going into the bank.

3.   Video surveillance footage and statements from bank employees confirm that Fusco entered the bank, allowed others to proceed ahead of her, and then approached BB&T Bank teller, P.C.   Fusco handed P.C. the demand note that BESSETTE had prepared, and then removed a chrome revolver from her right front jacket pocket and ordered P.C. to hurry up.   P.C complied with Fusco's demand by removing more than $1000.00 in United States currency from the teller drawer which she handed to Fusco.

4.   Fusco then fled the bank and met up with BESSETTE and "Manny," later identified by law enforcement as Andrew Welton.

5.   In addition to the BB&T bank robbery, on December 23, 2017 BESSETTE, Fusco, and Welton made plans to rob the Wells Fargo Bank located at 4901 Broad Street, Richmond, Virginia. BESSETTE drove Fusco to the bank, while Welton drove a separate car to the same bank. BESSETTE once again composed a demand note which read: "I need large bills. I have a gun and will use it. You have 30 seconds." Fusco took the note from BESSETTE and entered the bank. She allowed other patrons to go ahead of her on line until there were no other customers waiting for a teller. Fusco then walked up to teller R.J. and handed her the note. R.J. complied

2

with the demand and handed Fusco approximately $4400 in United States currency.   Included with the money was a GPS tracking device. Fusco fled the bank and returned to where BESSETTE was waiting for her.

6.   Once Fusco was in the car, BESSETTE drove her car to where Andrew Welton a.k.a. "Manny" was waiting for them. While in BESSETTE's car, Fusco changed clothing and then got into Welton's car. Fusco had the bank money in a purse. Welton's toddler was in the car with Fusco and Welton.

7.   BESSETTE followed Welton and Fusco, who by then were being tracked via the GPS tracking device. Welton and Fusco drove to the toll plaza at Forest Hill Avenue in Richmond, Virginia.   Shortly thereafter, Welton's car was stopped, but by that time Fusco had gotten out of the vehicle.

8.   A search of the vehicle resulted in the discovery of a woman's purse with more than $4000.00 in United States currency inside it, a GPS tracking device, cellular telephones, and other stolen items. Welton gave law enforcement permission to search his cellular telephone. Upon looking at the device, law enforcement noticed that Welton had listed in his phone an individual identified as "JES."   The area code for this person was one assigned to Vermont. Multiple text messages were sent from "JES" to Welton asking: "What is going on?" the last text message from "JES" was: "At this point I will just take my portion and go home." This phone number was later identified as belonging to BESSETTE.

3

9.  As a result of the investigation, law enforcement learned that BESSETTE, Fusco, and Welton had traveled from Vermont to Virginia in December 2017. By December 19, 2017, the three were in New York City, at which time they were observed on surveillance camera footage inside a Tourneau Jewelry Store. BESSETTE, Fusco, and Welton walked in and out of the store several times. After trying on a Rolex watch valued at approximately $35,000, Fusco snatched the watch and ran from the store. She was caught by store security, who retrieved the watch, but Fusco managed to get away and ran into Bryant Park. BESSETTE served as the getaway car driver during the attempted larceny from Tourneau Jewelry Store. While in New York City, BESSETTE was issued a citation for illegally parking her car in the vicinity of the Tourneau Jewelry Store.

10.  A few days after the December 23, 2017 Wells Fargo Bank robbery, BESSETTE and Fusco were observed together in a WalMart. Shortly after that, the two left Virginia, with BESSETTE driving the pair back to Vermont. A GPS tracking device was obtained for BESSETTE's cellular telephone which tracked her from the Richmond, Virginia area back to Vermont.

11.  In February 2018, BESSETTE was approached by federal law enforcement agents in Vermont. During that consensual conversation, BESSETTE confessed to her role in the two bank robberies, and to her knowledge of Fusco's possession of a revolver during the bank robberies, among other things. BESSETTE further advised that the firearm was provided to Fusco by Welton.

4

12.   The parties stipulate and agree that both the BB&T Bank and the Wells Fargo Bank had deposits that were insured by the Federal Deposit Insurance Corporation prior to and on the dates of each of the robberies, to wit: December 20, 2017 and December 23, 2017 respectively.

13.   The defendant, JENNIFER L. BESSETTE, actively participated in, and aided and abetted the criminal acts set forth in Counts One and Two of the Criminal Information, with full knowledge of the circumstances constituting the charged offenses. That is, JENNIFER L. BESSETTE knew that the three were planning armed bank robberies; that Amber R. Fusco was in possession of a revolver prior to entering the banks, and that she (BESSETTE) aided and abetted these robberies by writing the demand notes, by providing the demand notes to Fusco, and by serving as the getaway car driver before and after each of the bank robberies. BESSETTE knew that prior to Fusco going into the bank, that force, violence, and intimidation would be used to cause the bank tellers to hand over the bank's money.

14.   The defendant, JENNIFER L. BESSETTE, did aid and abet in the commission of the acts set forth in Counts One and Two of the pending Criminal Information, and she did so knowingly, intentionally, and unlawfully, without legal justification or excuse, and with the specific intent to do that which the law forbids, and not by mistake, accident or any other reason.

I have consulted with my attorney regarding this Statement of Facts. I knowingly and voluntarily agree that each of the above-recited facts is true and correct and that had this matter gone to trial the United States could have proven each one beyond a reasonable doubt.

5/29/18
_____
Date

_____
Jennifer L. Bessette
Defendant

I am counsel for the defendant, Jennifer L. Bessette. I have carefully reviewed this Statement of Facts with her and, to my knowledge, her decision to agree to this Statement of Facts is an informed and voluntary decision.

5.29.18
_____
Date

_____
Amy L. Austin, Esq.
Counsel for Defendant

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By:    _____  5/29/18
Angela Mastandrea-Miller
Assistant United States Attorney

6