(1) Richmond Federal Court
Compassionate Release    3:18cr66

To whom it may Concern,

I'm Reaching out today to Request a court appointed lawyer for a Compassionate Release Motion

My daughter Jennifer Bossette inmate # 12068-082 has several medical conditions. She has been hospitalized twice since her arrest. She has had Sepses, open Wounds connected to Spinal issues, Kidney damage, Vascular issues.

She was Sentenced one year ago Aug 30th 2018 Spent six months previous in Richmond Prison before transferring to Danbury CT. She was as I were told she would have Reconsideration at one year date that never happened Jennifer had no prior Record Never had issues with law. because the Heroin dealer had a gun that he used to threaten her She was charged on that Same gun charge.

She is at the lowest Risk for Reafending.

This is my only Child, my husband is a Vulnrable member of Society with serrons health conditions I need my daughter. Please help me navigate this legal System. My family only consists of my husband and Jennifer. We have no idea how to navigate legal System and have no money for a lawyer.

Thank you in advance for your help

Best
Brenda Bassette

802 799-2930    802 310-9245

157 Green St # 9
Hinesburg, VT  05461

Brenda Bessette
157 Green St #9
Hinesburg, VT. 05461

BURLINGTON VT 054
08 APR 2020 P 1 L



US District Court Clerk
Federal Courthouse
701 E Broad St.
Richmond, Va
23219



RECEIVED
APR 13 2020
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

U.S. MARSHALS
INSPECTED